PROB. 12
(Rev. 3/88)

FILED BY _____ J.C.

05 JUN 23 PM 4:43

ROBERT R. DI ... OLIO
CLERK, U.S. D... CT.
W.D. OF TN, MEMPHIS

## UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

**U.S.A. vs. Patrick M. Crawford**                    Docket No. **2:00CR20137-02**

Petition on Probation and Supervised Release

**COMES NOW** Michelle R. Sims, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Patrick M. Crawford, who was placed on supervision by the Honorable Jon P. McCalla sitting in the Court at Memphis, Tennessee, on the 15th day of February, 2001, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $18,858.00.

2. The defendant shall not frequent casinos or other gambling establishments.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Mr. Crawford fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. He has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Mr. Crawford has made a good faith effort to satisfy restitution, however, he has an outstanding balance of $15,138.00. Carroll Andre, Assistant United States Attorney, has no objections to early termination. Mr. Crawford has signed a Payment Agreement indicating his willingness to cooperate with the Financial Ligation Unit.

**PRAYING THAT THE COURT WILL ORDER** Patrick M. Crawford be discharged from supervision with the understanding that the U.S. Attorney's Office will be responsible for the continued collection of restitution.

### ORDER OF COURT

Considered and ordered this 23 day of June, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_Michelle R. Sims_
Michelle R. Sims
United States Probation Officer

Place: Memphis, Tennessee

Date: June 14, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:00-CR-20137 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT